IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Criminal Case No. 06-cr-112-LTB**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**JORGE APOLINAR BERNAL-ESTRADA,**

    Defendant.

## ORDER OF RELEASE

UPON THE COURT'S CONSIDERATION of the Motion of the United States for the release of certain material witnesses who are now detained by the U.S. Marshall Service,

IT IS HEREBY ORDERED the U.S. Marshall release from its custody the following individuals who have been ordered detained as material witnesses in this matter:

(1) LOPEZ-Gonzalez, Raul
(2) MENDOZA-Navarrete, Damian
(3) FLORES De Los Santos, Epigmenio
(4) CRUZ-Uriero, Irma
(5) PITA-Zamora, Heriberto
(6) MENDOZA-Navarrete, Concepcion
(7) PAREDES-Canelo, Jacinto
(8) HERNANDEZ-Merino, Fernando
(9) MENDEZ-Tellez, Minerva

(10) MAZA-Valencia, Ferderico
(11) RAMIREZ-Salgado, Antonio
(12) VAZQUEZ-Prado, Sexto

DATED this 3rd day of May, 2006.

BY THE COURT:

Lewis T. Babcock
Chief Judge
United States District Court
District of Colorado