IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr–00112-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    JORGE APOLINAR BERNAL-ESTRADA,

        Defendant.

---

**ORDER FOR THE ISSUANCE OF
A SUBPOENA DUCES TECUM**

---

The Court having been fully advised, ORDERS the Clerk of the Court to issue a subpoena duces tecum directed to St. Anthony's Hospital, Denver, Colorado for all records of treatment of Idalid Martinez, patient id number 002242807 (not including x-rays) to be returnable to the Court on the __2nd__ day of __June__, 2006.

    BY THE COURT:   5/10/06

                                              __s/Lewis T. Babcock__
                                              Lewis T. Babcock
                                              Chief Judge
                                              United States District Court